I hereby attest and certify on 04/22/22 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
Hana Rashad
DEPUTY CLERK

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASHAE DANDY, as an Individual, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PASADENA HOSPITAL ASSOCIATION, LTD, a California corporation; and DOES 1-50, inclusive,<br>Defendants. | CASE NO.: 2:22-cv-01427 AB (ASx)<br><br>[~~PROPOSED~~] ORDER TO REMAND CASE TO STATE COURT<br><br>Los Angeles County Superior Court Case No. 22STCV02732<br><br>Complaint Filed: January 24, 2022 |

Upon review of the above Stipulation, the Stipulation is GRANTED. The Court REMANDS this matter to LA Superior Court.

Date: April 21, 2022

_____
Honorable Andre Birotte Jr.

1